UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**FILED**
April 23, 2021
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>RANVIR SINGH,<br><br>Defendant. | Case No. 2:21-CR-00078-JAM-2<br><br>**ORDER FOR RELEASE OF PERSON IN CUSTODY** |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release  RANVIR SINGH ,

Case No. 2:21-CR-00078-JAM-2  Charge 21 USC § 846, 841(a)(1), from custody for the following reasons:

_____   Release on Personal Recognizance

__X__   Bail Posted in the Sum of $ _____

_____   Unsecured Appearance Bond $ _____

_____   Appearance Bond with 10% Deposit

_____   Appearance Bond with Surety

_____   Corporate Surety Bail Bond

__X__   (Other): Pretrial conditions as stated on the record.

Issued at Sacramento, California on April 23, 2021 at 10:00 AM.

By:   /s/ Allison Claire

Magistrate Judge Allison Claire