DINA SANTOS, Bar # 204200
Dina L. Santos, A Professional Law Corp.
455 Capital Mall, Suite 802
Sacramento, CA 95814
Telephone: (916) 447-0160
defense@dinasantos.com

JOHN BALAZS, Bar # 157287
Attorney at Law
916 2nd Street, Suite F
Sacramento, CA 95814
Telephone: (916) 447-9299
balazslaw@gmail.com

Attorneys for Defendant
RANVIR SINGH

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    vs.<br><br>PARAMPREET SINGH and RANVIR SINGH,<br><br>    Defendants. | Case No. 2:21-cr-00078-JAM<br><br>**SEALING ORDER (ECF No. 158)** |

Upon application of the defendant Ranvir Singh, through counsel, and good cause being show as set forth in defendant's notice and request to seal,

IT IS HEREBY ORDERED that Exhibit A to Defendant's Joint Motion to Dismiss (ECF No. 157) shall be **SEALED** until further order of the Court.

Dated: October 03, 2024        /s/ John A. Mendez
                               THE HONORABLE JOHN A. MENDEZ
                               SENIOR UNITED STATES DISTRICT JUDGE