DINA SANTOS, Bar # 204200
Dina L. Santos, A Professional Law Corp.
455 Capital Mall, Suite 802
Sacramento, CA 95814
Telephone: (916) 447-0160
defense@dinasantos.com

JOHN BALAZS, Bar # 157287
Attorney at Law
916 2nd Street, Suite F
Sacramento, CA 95814
Telephone: (916) 447-9299
balazslaw@gmail.com

Attorneys for Defendant
RANVIR SINGH

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 2:21-cr-00078-JAM |
|---|---|
| Plaintiff, | **SEALING ORDER** |
| vs. | |
| PARAMPREET SINGH; RANVIR SINGH, | |
| Defendants. | |

    Upon application of the defendant Ranvir Singh, through counsel, and good cause being show as set forth in defendant's notice and request to seal,

    IT IS HEREBY ORDERED that Exhibits B and C to defendant's reply brief (ECF No. 173) shall be **SEALED** until ordered unsealed by the Court.

Dated: October 28, 2024      /s/ John A. Mendez

THE HONORABLE JOHN A. MENDEZ
SENIOR UNITED STATES DISTRICT JUDGE