DINA SANTOS, Bar # 204200
Dina L. Santos, A Professional Law Corp.
455 Capital Mall, Suite 802
Sacramento, CA 95814
Telephone: (916) 447-0160
defense@dinasantos.com

JOHN BALAZS, Bar # 157287
Attorney at Law
916 2nd Street, Suite F
Sacramento, CA 95814
Telephone: (916) 447-9299
balazslaw@gmail.com

Attorneys for Defendant
RANVIR SINGH

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>RANVIR SINGH,<br><br>　　　　Defendant. | Case No. 2:21-cr-00078-JAM-2<br><br>**SEALING ORDER** |

　　　Upon application of the defendant Ranvir Singh, through counsel, and good cause being show as set forth in defendant's notice and request to seal and the referenced documents to be sealed,

　　　IT IS HEREBY ORDERED that the defendant's documents shall be **SEALED** until ordered unsealed by the Court.

　　　Dated: September 30, 2025

_____
JOHN A. MENDEZ,
SENIOR UNITED STATES DISTRICT JUDGE