DINA SANTOS, Bar # 204200
Dina L. Santos, A Professional Law Corp.
455 Capital Mall, Suite 802
Sacramento, CA 95814
Telephone: (916) 447-0160
defense@dinasantos-.com

JOHN BALAZS, Bar # 157287
Attorney at Law
916 2nd Street, Suite F
Sacramento, CA 95814
Telephone: (916) 447-9299
balazslaw@gmail.com

Attorneys for Defendant
RANVIR SINGH

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  Plaintiff,  vs.  RANVIR SINGH,  Defendant. | Case No. 2:21-cr-00078-JAM-2  **STIPULATION AND ORDER** |

  Defendant Ranvir Singh, through counsel, and Plaintiff United States, through its counsel, hereby stipulate and request that the Court continue the due date for defendant's motion for new trial under Federal Rule of Criminal Procedure 33 and/or post-trial motion for judgment of acquittal under Federal Rule of Criminal Procedure 29(c) from October 29, 2025 to December 8, 2025 for the reasons that follow.

1  The defendant's motions for new trial and/or judgment of acquittal are due 14 days after the jury's verdict, that is, on October 29, 2025. *See* Fed. R. Crim. P. 29(c)(1); Fed. R. Crim. P. 33(b)(2). Mr. Singh has ordered the trial transcript in this case which is expected to be completed by November 24, 2025. Mr. Singh's counsel requests two weeks from the time the trial transcripts are completed to review the transcripts and prepare and file his motions for new trial and/or judgment of acquittal. He thus seeks to extend the deadline for the filing of such motions from October 29, 2025 to December 8, 2025. The government does not object to this request.

Dated: October 24, 2024

Respectfully submitted,

/s/ Dina L. Santos
DINA L. SANTOS

/s/ John Balazs
JOHN BALAZS

Attorneys for Defendant
RANVIR SINGH

ERIC GRANT
U.S. Attorney

Dated: October 24, 2024

/s/ David Spencer
DAVID SPENCER

/s/ Haddy Abouzeid
HADDY ABOUZEID

Attorneys for Plaintiff
UNITED STATES OF AMERICA

## ORDER

IT IS SO ORDERED that the deadline for filing defendant's motions for new trial and/or for judgment of acquittal be continued from October 29, 2025, to **December 08, 2025**.

Dated: October 27, 2025

_____
JOHN A. MENDEZ,
SENIOR UNITED STATES DISTRICT JUDGE