DINA SANTOS, Bar # 204200
Dina L. Santos, A Professional Law Corp.
455 Capital Mall, Suite 802
Sacramento, CA 95814
Telephone: (916) 447-0160
defense@dinasantos-.com

JOHN BALAZS, Bar # 157287
Attorney at Law
916 2nd Street, Suite F
Sacramento, CA 95814
Telephone: (916) 447-9299
balazslaw@gmail.com

Attorneys for Defendant
RANVIR SINGH

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> RANVIR SINGH, ) <br> ) <br> Defendant. ) | Case No. 2:21-cr-00078-JAM-2 <br> **STIPULATION AND ORDER** |

Defendant Ranvir Singh, through counsel, and Plaintiff United States, through its counsel, hereby stipulate and request that the Court continue the due date and briefing schedule for defendant's motion for new trial under Federal Rule of Criminal Procedure 33 and/or post-trial motion for judgment of acquittal under Federal Rule of Criminal Procedure 29(c) as follows:

  Defendant's motion for judgment of acquittal
   and/or new trial due:            **December 23, 2025**

| | |
|---|---:|
| Government's response due: | **January 13, 2026** |
| Defendant's reply, if any due: | **January 20, 2026** |
| Hearing on motion: | **January 27, 2026** |

This request is made because the defense needs additional time to research and prepare the defendant's motion for judgment of acquittal and/or new trial.

Dated: December 2, 2025

Respectfully submitted,

/s/ Dina L. Santos
DINA L. SANTOS

/s/ John Balazs
JOHN BALAZS

Attorneys for Defendant
RANVIR SINGH

ERIC GRANT
U.S. Attorney

Dated: December 2, 2025

/s/ David Spencer
DAVID SPENCER

/s/ Haddy Abouzeid
HADDY ABOUZEID

Attorneys for Plaintiff
UNITED STATES OF AMERICA

**ORDER**

IT IS SO ORDERED.

Dated: December 03, 2025

_____
JOHN A. MENDEZ,
SENIOR UNITED STATES DISTRICT JUDGE