Dina L. Santos, SBN 204200
A Professional Law Corporation
455 Capitol Mall, Suite 802
Sacramento, CA 95814
Telephone:  (916) 447-0160
Facsimile:   (916) 447-2988

Attorney for:
RANVIR SINGH

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                            Plaintiff,<br><br>                   v.<br><br>RANVIR SINGH,<br><br>                            Defendant. | CASE NO.  2:21-cr-00078-JAM-2<br><br>**FIRST STIPULATION AND ORDER TO CONTINUE SENTENCING HEARING FROM 01/27/2026 TO 04/21/2026 AT 9:00 A.M, AND RESET PRESENTENCE SCHEDULE** |

It is hereby stipulated by Counsel for the Government, Assistant United States Attorney, David Spencer and Defense Counsel, Dina L. Santos and Defense Counsel, John Balazs; Attorneys for Defendant, Ranvir Singh, that the date for Judgement and Sentencing be continued to **Apil 21, 2026, at 9:00 a.m.**, and a new briefing schedule be set.   Probation has been notified and is agreeable to the below schedule:

1

| | |
|---|---:|
| Judgment and Sentencing Date: | April 21, 2026 |
| Reply, or Statement of Non-Opposition: | **April 14, 2026** |
| Formal Objections to the Presentence Report shall be filed with the Court and served on the Probation Officer and opposing counsel no later than: | **April 07, 2026** |
| The final Presentence Report shall be filed with the Court and disclosed to counsel no later than: | **March 31, 2026** |
| Counsel's informal written objections to the Presentence Report shall be delivered to the Probation Officer and opposing counsel no later than: | **March 24, 2026** |
| The draft Presentence Report shall be disclosed to counsel no later than: | **March 10, 2026** |

Dated: December 10, 2025         /s/ Dina L. Santos
                                 DINA SANTOS, ESQ.
                                 Attorney for Ranvir Singh

Dated: December 10, 2025         /s/ John Balazs
                                 JOHN BALAZS
                                 Attorney for Ranvir Singh

Dated: December 10, 2025         /s/ David Spencer
                                 DAVID SPENCER
                                 Assistant United States Attorney

## ORDER

**IT IS SO ORDERED**.

Dated: December 12, 2025

JOHN A. MENDEZ,
SENIOR UNITED STATES DISTRICT JUDGE

2