1  ERIC GRANT
   United States Attorney
2  DAVID W. SPENCER
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916) 554-2700
   Facsimile:  (916) 554-2900
5

6  Attorneys for Plaintiff
   United States of America
7

8

9                IN THE UNITED STATES DISTRICT COURT

10               EASTERN DISTRICT OF CALIFORNIA

11  UNITED STATES OF AMERICA,            CASE NO.  2:21-cr-00078-JAM-2

12                      Plaintiff,       STIPULATION AND ORDER

13          v.

14  RANVIR SINGH,

15

16                      Defendant.

17

18                           **STIPULATION**

19        1.      Plaintiff United States, through its counsel, and Defendant Ranvir Singh, through

20  counsel, hereby stipulate and request that the Court continue the briefing schedule for defendant's

21  motion for judgment of acquittal and for a new trial (ECF 287) as follows:

22          Government's response due:          **February 24, 2026**

23          Defendant's reply, if any, due:     **March 03, 2026**

24          Hearing on motion:                  **March 10, 2026, at 09:00 a.m.**

25

26        IT IS SO STIPULATED.

27

28

                                 1

1    Dated: January 9, 2026                    ERIC GRANT
                                               United States Attorney
2

3                                              /s/ DAVID W. SPENCER
                                               DAVID W. SPENCER
4                                              Assistant United States Attorney

5

6    Dated: January 9, 2026                    /s/ JOHN BALAZS
                                               JOHN BALAZS
7                                              DINA L. SANTOS
                                               Counsel for Defendant
8                                              Ranvir Singh

9
                                    **ORDER**
10

11   IT IS SO ORDERED.

12

13   Dated: January 09, 2026

14                                             _____
                                               JOHN A. MENDEZ,
15                                             SENIOR UNITED STATES DISTRICT JUDGE

16

17

18

19

20

21

22

23

24

25

26

27

28