Dina L. Santos, SBN 204200
A Professional Law Corporation
455 Capitol Mall, Suite 802
Sacramento, CA 95814
Telephone:  (916) 447-0160
Facsimile:  (916) 447-2988

Attorney for:
RANVIR SINGH

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO.  2:21-CR-00078-JAM-2 |
|---|---|
| Plaintiff, | **SECOND STIPULATION AND ORDER TO CONTINUE SENTENCING HEARING FROM 04/21/2026 TO 06/30/2026, AT 9:00 A.M, AND RESET PRESENTENCE SCHEDULE** |
| v. | |
| RANVIR SINGH, | |
| Defendant | |

It is hereby stipulated by Counsel for the Government, Assistant United States Attorney, David Spencer and Defense Counsel, Dina L. Santos and Defense Counsel, John Balazs; Attorneys for Defendant, Ranvir Singh, that the date for **Judgement and Sentencing** be continued to **June 30, 2026, at 9:00 a.m.**, and a new briefing schedule be set.   Probation has been notified and is agreeable to the below schedule:

1

Judgment and Sentencing Date:                                                    June 30, 2026

Reply, or Statement of Non-Opposition:                                           **June 23, 2026**

Formal Objections to the Presentence Report shall be filed with the Court and served on the Probation Officer and opposing counsel no later than:                    **June 16, 2026**

The final Presentence Report shall be filed with the Court and disclosed to counsel no later than:                                                                 **June 09, 2026**

Counsel's informal written objections to the Presentence Report shall be delivered to the Probation Officer and opposing counsel no later than:                        **June 02, 2026**

The draft Presentence Report shall be disclosed to counsel no later than:        **May 19, 2026**

Dated:  March 16, 2026                        /s/   Dina L. Santos
                                              DINA SANTOS, ESQ.
                                              Attorney for Ranvir Singh

Dated:  March 16, 2026                        /s/ John Balazs
                                              JOHN BALAZS
                                              Attorney for Ranvir Singh

Dated:  March 16, 2026                        /s/ David Spencer
                                              DAVID SPENCER
                                              Assistant United States Attorney

## **ORDER**

**IT IS SO ORDERED**.

Dated: March 16, 2026

JOHN A. MENDEZ,
SENIOR UNITED STATES DISTRICT JUDGE

2