Dina L. Santos, SBN 204200
A Professional Law Corp.
428 J Street, Suite 359
Sacramento, CA 95814
Telephone:  (916) 447-0160
Facsimile:   (916) 447-2988

Attorneys for:
RANVIR SINGH

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                         Plaintiff,<br><br>              v.<br><br>RANVIR SINGH,<br>                         Defendant. | CASE NO.  2:21-CR-00078-JAM-2<br><br>**REQUEST AND ORDER EXONERATING BOND** |

On April 14, 2021, Mr. Singh was ordered released on a $700,000 appearance bond that was secured by two separate properties and a $25, 000 cash bond.  An appearance bond in the amount of $700,000 was posted on April 23, 2021.  The properties used to secure the bond were 1710 Baines Avenue, Sacramento, CA 95835 and 23718 35th Place S., Kent, Washington 98032.  The owners of the property are Rajinderpal Singh Sarkaria and Tajinderpal Singh Singh Sarkaria, respectively.  The $25,000 bond was posted by Mr. Sarbjit Singh, RECEIPT number #CAE200113694 $25000.00 by Sarbjit Singh.

Mr. Singh (defendant) is currently in custody and therefore the bond is no longer necessary.  It is hereby requested that the bond referenced above be exonerated and that the Clerk of the District Court be directed to re-convey back to the sureties, the Deeds of Trust and Promissory Notes, along with the cash deposit.

Exonerate Bond
1

Dated:  March 20, 2026

/s/   Dina L. Santos
DINA SANTOS, ESQ.
Attorney for Ranvir Singh

## ORDER

The Court hereby **GRANTS** the Defendant's request to exonerate the bond (ECF No. 297) and **ORDERS** the Clerk of Court to reconvey the properties located at 1710 Baines Avenue, Sacramento, CA 95835 and 23718 35th Place S., Kent, Washington 98032, used to secure the bond, and the $25,000 cash bond, as appropriate.

IT IS SO ORDERED.

Dated: March 31, 2026

JOHN A. MENDEZ,
SENIOR UNITED STATES DISTRICT JUDGE

Exonerate Bond

2