Dina L. Santos, SBN 204200
A Professional Law Corporation
455 Capitol Mall, Suite 802
Sacramento, CA 95814
Telephone:  (916) 447-0160
Facsimile:  (916) 447-2988

Attorney for:
RANVIR SINGH

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>          v.<br><br>RANVIR SINGH,<br><br>                  Defendant | CASE NO.  2:21-cr-00078-JAM-2<br><br>**<u>THIRD</u> STIPULATION AND ORDER TO CONTINUE SENTENCING HEARING AND RESET PRESENTENCE SCHEDULE** |

It is hereby stipulated by Counsel for the Government, Assistant United States Attorney, David Spencer and Defense Counsel, Dina L. Santos and Defense Counsel, John Balazs; Attorneys for Defendant, Ranvir Singh, that the date for Judgement and Sentencing be continued to **September 22, 2026, at 9:00 a.m.**, and a new briefing schedule be set.   Probation has been notified and is agreeable to the below schedule:

1

| | |
|---|---|
| Judgment and Sentencing Date: | Sept. 22, 2026 |
| Reply, or Statement of Non-Opposition: | **Sept. 15, 2026** |
| Formal Objections to the Presentence Report shall be filed with the Court and served on the Probation Officer and opposing counsel no later than: | **Sept. 8, 2026** |
| The final Presentence Report shall be filed with the Court and disclosed to counsel no later than: | **Sept. 1, 2026** |
| Counsel's informal written objections to the Presentence Report shall be delivered to the Probation Officer and opposing counsel no later than: | **Aug. 25, 2026** |
| The draft Presentence Report shall be disclosed to counsel no later than: | **Aug. 11, 2026** |

Dated: June 2, 2026

/s/   Dina L. Santos
DINA SANTOS, ESQ.
Attorney for Ranvir Singh

Dated: June 2, 2026

/s/ John Balazs
JOHN BALAZS
Attorney for Ranvir Singh

Dated: June 2, 2026

/s/ David Spencer
DAVID SPENCER
Assistant United States Attorney

## **ORDER**

**IT IS SO ORDERED**.

Dated: June 04, 2026

JOHN A. MENDEZ,
SENIOR UNITED STATES DISTRICT JUDGE

2