Dina L. Santos, SBN 204200
A Professional Law Corporation
455 Capitol Mall Suite 802
Sacramento, CA 95814
Telephone: (916) 447-0160
defense@dinasantos.com

Attorneys for:
Ranvir Singh

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>RANVIR SINGH,<br>Defendant. | CASE NO. 2:21-cr-00078-JAM-2<br><br>**FIFTH STIPULATION AND ORDER TO CONTINUE SENTENCING HEARING AND RESET REMAINING PRESENTENCE SCHEDULE** |

## STIPULATION

1. It is hereby stipulated by and between Assistant United States Attorney David Spencer Counsel for Plaintiff, and Attorneys Dina L. Santos and John Balazs, Counsel for Defendant RANVIR SINGH, that the current date scheduled for December 1, 2026, be vacated and the matter be **CONTINUED** to this Court's criminal calendar on **February 23, 2027, at 9:00 a.m.**, for judgment and sentencing. Probation has been notified of the new date. Additional time is needed to meet with the client to review the probation report utilizing the assistance of an interpreter and to prepare for sentencing. The briefing schedule will be amended as follows:

| | | |
|---|---|---|
| 2. | Judgment and Sentencing Date: | February 23, 2027 |
| 3. | Reply, or Statement of Non-Opposition: | **February 16, 2027** |
| 4. | Formal Objections: | **February 09, 2027** |

//

//

IT IS SO STIPULATED.

Dated: November 16, 2026

ERIC GRANT
United States Attorney

/s/ David Spencer
DAVID SPENCER
Assistant United States Attorney

Dated: November 16, 2026

/s/ Dina L. Santos
DINA SANTOS, ESQ.
Attorney for Ranvir Singh

Dated: November 16, 2026

/s/ John P. Balazs

JOHN P. BALAZS, ESQ.
Attorney for Ranvir Singh

**ORDER**

**IT IS SO ORDERED.**

Dated: November 18, 2026

JOHN A. MENDEZ,
SENIOR UNITED STATES DISTRICT JUDGE